1
2
3
4
5                           **UNITED STATES DISTRICT COURT**

6                               **DISTRICT OF NEVADA**

7

8    BASF CORPORATION,                        Case No. 2:24-cv-01899-RFB-NJK

9              Plaintiff(s),                              **Order**

10   v.                                                [Docket No. 6]

11   HALCYON SILVER LLC,

12             Defendant(s).

13       Pending before the Court is Plaintiffs' motion to extend the time to effectuate service.

14   Docket No. 6; *see also* Docket No. 10 (errata).  Extensions of the service deadline are obtained by

15   showing good cause and such extensions may be provided even without such a showing.  Fed. R.

16   Civ. P. 4(m).  Plaintiffs' motion to extend is **GRANTED**.  The deadline to effectuate service is

17   **EXTENDED** to March 8, 2025.

18       IT IS SO ORDERED.

19       Dated: January 14, 2025

20                                                   _____

21                                                   Nancy J. Koppe
                                                     United States Magistrate Judge

22

23

24

25

26

27

28