DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV  89106
Telephone: 702.868.2600
Facsimile:  702.385.6862
Email:  dcanderson@duanemorris.com
           tehafen@duanemorris.com

Attorneys for Plaintiff *BASF Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **BASF CORPORATION,** | Case No.:  2:24-cv-01899-RFB-NJK |
| **Plaintiff,** | |
| vs. | [Docket Nos. 15, 16] |
| **HALCYON SILVER LLC a/k/a HAKYON SILVER LLC d/b/a METROPOLITAN AUTO BODY AND PAINT d/b/a CARSTAR AUTO BODY REPAIR EXPERTS,** | |
| **Defendant.** | |

**[PROPOSED] ORDER**

After consideration of plaintiff BASF Corporation's ("BASF") Motion for Extension of Time to Serve Defendant with the Summons and Complaint and to Serve Defendant through Alternative Service in this action, and the papers submitted in support thereof, and good cause appearing therefor pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this Court orders that the deadline to Serve Defendant with the Summons and Complaint in this action is extended from April 7, 2025 to May 7, 2025 and that BASF is permitted to serve Defendant through alternative service in this action.

///

1

Accordingly, it is ORDERED that

    (i)    the deadline to serve Defendant is extended to May 7, 2025; and

    (ii)    BASF is permitted to effectuate service of process on Defendant by serving the Nevada Secretary of State.

IT IS SO ORDERED.
Dated: April 8, 2025

_____
Nancy J. Koppe
United States Magistrate Judge