DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV  89106
Telephone: 702.868.2600
Facsimile:  702.385.6862
Email:  dcanderson@duanemorris.com
            tehafen@duanemorris.com

Attorneys for Plaintiff *BASF Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BASF CORPORATION, | |
| **Plaintiff,** | Case No.:  **2:24-cv-01899-RFB-NJK** |
| vs. | **ORDER GRANTING** |
| **HALCYON SILVER LLC a/k/a HAKYON SILVER LLC d/b/a METROPOLITAN AUTO BODY AND PAINT d/b/a CARSTAR AUTO BODY REPAIR EXPERTS,** | **DEFAULT JUDGMENT** |
| **Defendant.** | |

This matter, having come on for hearing on April 9, 2026, on plaintiff BASF Corporation's ("Plaintiff") Motion for Default Judgment ("Motion") (ECF No. 25), Tyson E. Hafen of the law firm of Duane Morris LLP appearing on behalf of Plaintiff, and considering the reasons outlined in all filings related to the Motion and the argument of counsel, including Plaintiff's counsel's representation that Plaintiff is withdrawing its causes of action for unjust enrichment and declaratory relief as unnecessary or otherwise duplicative of the relief sought in Plaintiff's sole remaining cause of action for breach of contract,

///

DM1\20298134.4

It is hereby **ORDERED**, pursuant to Fed. R. Civ. P. 55(b), that Plaintiff's Motion (ECF No. 25) is **GRANTED**.  The Clerk of Court is kindly directed to **ENTER JUDGMENT IN FAVOR OF THE PLAINTIFF AND AGAINST DEFENDANT** Halcyon Silver LLC a/k/a Hakyon Silver LLC d/b/a Metropolitan Auto Body and Paint d/b/a CARSTAR Auto Body Repair Experts in the total amount of **$460,762.00** (consisting of $459,097.00 in damages, plus costs totaling $1,665.00).

The Clerk of Court is kindly instructed to enter judgment accordingly and close this case.

**DATED:** April 14, 2026.

_____
**RICHARD F. BOULWARE II,**
**UNITED STATES DISTRICT JUDGE**

DM1\20298134.4